BEFORE THE FIRST DIVISION, JUNE 16, 1955

**No. 59142.**—M. Pressner & Co. *v.* United States, protest 211332–K (New York).

Opinion by OLIVER, C. J.    It was stipulated that the merchandise identified on invoice 4 as item Nos. 5056, 5061, and 5663, contained in cases marked:

M      P
$$\frac{8042}{T}$$      58063/4, 58068 and 58070
&      Co.

are adult trick articles, consisting of rubber lapel pin-ons with a rubber tube and bulb attached; that said articles are composed wholly or in chief value of rubber; and that they are not toys chiefly used for the amusement of children.    On the agreed facts, the claim of the plaintiff was sustained.

**No. 59143.**—W. T. Grant Co. *v.* United States, protests 913900–G and 937545–G (New York).

Opinion by OLIVER, C. J.    The protests were dismissed.

**No. 59144.**—Bertrand Freres, Inc. *v.* United States, protests 193423–K, etc. (New York).

Opinion by MOLLISON, J.    In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.